IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
AHADAMS & COMPANY, P.C.,            :
    Plaintiff,                    :     CIVIL ACTION
                                    :
    v.                            :     NO. 12-4835
                                    :
SPECTRUM HEALTH SERVICES, INC., et al., :
    Defendants.                   :
_____:

### O R D E R

**AND NOW**, this 14th day of August, 2014, upon consideration of Defendant T.N. Ward Company's Motion for Summary Judgment (Doc. No. 39); Defendants Charles Matsinger's and Charles Matsinger Associates, Inc.'s (collectively, the "Matsinger Defendants") Motion for Summary Judgment (Doc. No. 40); Defendants Spectrum Health Services, Inc.'s, Paul E. Jones's and Paul E. Jones Associates, Inc.'s (collectively, the "Spectrum Health Defendants") Partial Motion for Summary Judgment (Doc. No. 41); Plaintiff's Opposition Motions thereto (Doc Nos. 46, 47, 50); and the Spectrum Health Defendants' Reply (Docket No. 54); as well as the representations of counsel at oral argument on February 20, 2014, and post argument briefing (Doc. Nos. 58-59) it is hereby **ORDERED** that:

    (1) T.N. Ward's Motion for Summary Judgment (Doc. No. 39) is **GRANTED;**

    (2) The Matsinger Defendants' Motion for Summary Judgment (Doc. No. 40) is **GRANTED**;

    (3) The Spectrum Health Defendants' Partial Motion for Summary Judgment (Doc. No. 41) is **GRANTED**.

(4) The Clerk of Court shall mark this case CLOSED for statistical purposes.

                            BY THE COURT:

                            <u>S/Gene E.K. Pratter</u>
                            GENE E.K. PRATTER
                            UNITED STATES DISTRICT JUDGE